UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TRAVIS MCKINNEY,**

    **Petitioner,**

**v.**                                             Case No. 5:17cv209-MCR/GRJ

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated August 18, 2017. ECF No. 4. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Writ of Mandamus, ECF No. 1, is **DENIED**, and the case is **CLOSED**.

**DONE AND ORDERED** this 8th day of September, 2017.

/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**